UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL CUEVA,<br><br>    Defendant. | No. 2:23-CV-00567-TLN-CKD<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 25, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    A review of Plaintiff's objections and the docket in this case reveal that Plaintiff made a partial payment of the filing fee for this case. However, those funds were returned to Plaintiff because the Court can only accept the full filing fee of $402 in this matter. To date, Plaintiff has not submitted full payment for the filing fee.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 25, 2023 (ECF No. 13) are ADOPTED IN FULL;
2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED;
3. Plaintiff is ordered to pay the $402 filing fee within fourteen days from the date of service of this Order;
4. Plaintiff is advised that his failure to pay the filing fee within the time permitted will result in the dismissal of this action.

Date:  October 10, 2023

Troy L. Nunley
United States District Judge

2