UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI, | No. 2:23-cv-00567-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| DANIEL CUEVA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's motion to proceed in forma pauperis was denied by order dated October 11, 2023. The most recent prisoner trust fund account statement docketed on December 8, 2023 demonstrates that $400 was withdrawn from plaintiff's inmate trust account on August 24, 2023 for a "court fee." ECF No. 18. A review of the docket indicates that this $400 was received by the court on September 15, 2023, but was returned to plaintiff on the same day because partial payments cannot be accepted. ECF No. 15. Plaintiff also filed a notice stating that "a sum of $402.00 [was taken out] of Petitioner['s] trust account." ECF No. 17. However, the December 2023 prisoner trust fund account statement does not reflect any deduction in the amount of $402.00, nor any monthly deduction to pay the filing fees in this case in installments.[1]

---

[1] Because plaintiff's motion to proceed in forma pauperis was denied in this case, CDCR has not been ordered to deduct the filing fee in monthly installments from plaintiff's inmate trust account.

1

Therefore, the filing fee in this case remains outstanding.

As plaintiff has made efforts to pay the filing fee, the court will provide him one additional opportunity to clarify what steps he has taken since October 11, 2023 to pay the $402 filing fee in this case. Specifically, the court will order plaintiff to provide: 1) a copy of his prison mail log from September 15, 2023 to the present; and, 2) a copy of any inmate withdrawal slip that he completed in order to deduct $402.00 from his inmate trust account. Plaintiff is ordered to provide these documents to the court no later than January 15, 2024.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall provide: 1) a copy of his prison mail log from September 15, 2023 to the present; and, 2) a copy of any inmate withdrawal slip to deduct the $402.00 filing free from his inmate trust account by January 15, 2024.

2. Plaintiff's failure to respond to this order or to pay the $402.00 filing fee by January 15, 2024 will result in the dismissal of this action.

Dated: December 14, 2023

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

12/chin0567.osc.feepayment

---

The filing fee for other cases are being deducted from plaintiff's trust account, however. See ECF No. 18.

2