UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI, | No. 2:23-cv-00567-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| DANIEL CUEVA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On December 14, 2023, plaintiff was ordered to provide documentation of his efforts to pay the $402 filing fee in this case after his motion to proceed in forma pauperis was denied by order entered on October 11, 2023.  Plaintiff submitted relevant documents demonstrating that he needs additional time to pay the filing fee.  ECF No. 20. Based on plaintiff's efforts to comply, the court will grant plaintiff one last 45 day extension of time to pay the filing fee in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is sua sponte granted one last extension of time to pay the $402 filing fee in this case.
2. Plaintiff is ordered to submit the $402 filing fee within 45 days from the date of service of this order.

1

3. The failure to pay the filing fee within the time provided will result in the dismissal of this action.

Dated: January 11, 2024

/s/ Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/chin0567.eot.pay.fee

2