1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHU CHINSAMI,                              No.  2:23-cv-0567-TLN-CKD P

12                 Plaintiff,

13          v.                                   ORDER

14    DANIEL CUEVA,

15                 Defendants.

16

17          This civil rights action was closed on March 29, 2024. (ECF Nos. 24, 25.) After entry of

18    judgment, plaintiff filed a document the court construed as late objections to findings and

19    recommendations. (ECF No. 26.) The district judge assigned to this case denied the objections as

20    untimely, noting they were duplicative of earlier-filed objections and did not alter the court's

21    determination. (ECF No. 28.) On June 12, 2025, and on June 20, 2025, plaintiff filed further

22    documents that are similarly duplicative. To the extent plaintiff requests relief from the court, IT

23    IS ORDERED that those requests (ECF No. 33, 34) are DENIED. Plaintiff is advised that further

24    documents filed by plaintiff after the closing date will be disregarded and no orders will issue in

25    response to future filings.

26    Dated:  June 24, 2025

27    _____
      CAROLYN K. DELANEY
28    UNITED STATES MAGISTRATE JUDGE

8, chin0567.58

                                                   1